UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHINA PETROCHEMICAL DEVELOPMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PRAXAIR, INC., ANNE ROBY, JOHN PANIKAR, VERNON THAD EVANS, JOYCE CHEN, YU LING SHIEH, MEI LU, WILLIAM PEARCE, STEVE RIDDICK, JAMES WILLIAM SHAUGHNESSY, TOM SCHULTE, MARK JOSEPH MURPHY and STEVE ANGEL, <br><br> Defendants, <br><br> and <br><br> PRAXAIR CHEMAX SEMICONDUCTOR MATERIALS COMPANY LIMITED, <br><br> Nominal Defendant. | Civil Action No. 3:17-cv-2005-SRU <br><br> March 2, 2018 |

**DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION
OF DEFENDANTS' MOTION TO STAY IN FAVOR OF ARBITRATION,
<u>OR, IN THE ALTERNATIVE, MOTION TO DISMISS THE COMPLAINT</u>**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedures, Defendants Praxair, Inc., Dr. Anne Roby, John Panikar, Vernon Thad Evans, James William Shaughnessy, Stephen Angel, William Pearce, Stephen Riddick, Tom Schulte and Mark Joseph Murphy ("Moving Defendants") hereby respectfully move to stay discovery in the above-captioned action pending this Court's decision on Moving Defendants' Motion to Stay in favor of Arbitration, or, in the Alternative, Motion to Dismiss the Complaint [Dkt. 59]. Moving Defendants respectfully submit that good cause exists to stay discovery for the reasons set forth in Moving Defendants' accompanying memorandum in support of this motion, including (1) the substantial strength of

the Dispositive Motion, which presents a number of threshold issues, including a request to stay the action under the Federal Arbitration Act due to the existence of a binding arbitration clause that requires all claims to be submitted to arbitration before the International Chamber of Commerce's International Court of Arbitration ("ICC") in Taiwan, which should dispose of the action in its entirety, as well as similarly dispositive threshold jurisdictional and statute of limitations grounds; (2) the burdensome nature of proceeding with far-reaching, international discovery; and (3) the lack of any prejudice to Plaintiff, who has already commenced an ICC arbitration based upon the same facts alleged in the Complaint, *see* Dkt. 1 (Complaint) at ¶ 142, and has participated in 27 civil and criminal cases in Taiwan also related to many of the same allegations contained in the Complaint.

WHEREFORE, Moving Defendants respectfully request that their Motion to Stay Discovery Pending Resolution of Defendants' Motion to Stay in Favor of Arbitration or, in the Alternative, Motion to Dismiss the Complaint be granted and discovery in this case cease.

Dated: March 2, 2018

                        Respectfully submitted,

                        BRACEWELL LLP

                        By:    */s/ Rachel B. Goldman*
                                Rachel B. Goldman (PHV09239)
                                David J. Ball (PHV09405)
                                Thomas K. Kokalas (PHV09406)
                                Mark R. Wulfe (PHV09407)
                                1251 Avenue of the Americas
                                New York, New York 10020
                                (212) 508-6100
                                rachel.goldman@bracewell.com
                                david.ball@bracewell.com
                                tom.kokalas@bracewell.com
                                mark.wulfe@bracewell.com

                                (Admitted as visiting attorneys)

3

        PULLMAN & COMLEY LLC

            David P. Atkins (CT04189)
            850 Main Street
            Bridgeport, CT 06601
            (203) 330-2103
            datkins@pullcom.com

            *Attorneys for Praxair, Inc., Dr. Anne Roby, John Panikar, Vernon Thad Evans, James William Shaughnessy, William Pearce, Stephen Riddick, Tom Schulte, Mark J. Murphy and Stephen Angel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated at New York, New York this 2nd day of March, 2018.

                                                  */s/ Rachel B. Goldman*
                                                  Rachel B. Goldman