UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHINA PETROCHEMICAL DEVELOPMENT CORPORATION, individually and on behalf of PRAXAIR CHEMAX SEMICONDUCTORS MATERIALS COMPANY LIMITED<br><br>Plaintiff,<br><br>v.<br><br>PRAXAIR, INC., ANNE ROBY, JOHN PANIKAR, VERNON THAD EVANS, JOYCE CHEN, YU LING SHIEH, MEI LU, WILLIAM PEARCE, STEVE RIDDICK, JAMES WILLIAM SHAUGHNESSY, TOM SCHULTE, MARK JOSEPH MURPHY and STEVE ANGEL,<br><br>Defendants,<br><br>and<br><br>PRAXAIR CHEMAX SEMICONDUCTORS MATERIALS COMPANY LIMITED,<br><br>Nominal Defendant. | Civil Action No. 3:17-cv-2005-SRU<br><br>March 23, 2021 |

**MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO
PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER**

Pursuant to Federal Rule of Civil Procedure 41(b), Defendants move to dismiss the above-captioned action for Plaintiff's failure to prosecute and failure to comply with this Court's Order dated January 26, 2021 ("Order").  In its Order, the Court directed Plaintiff, China Petrochemical Development Corporation ("CPDC"), to "commence an arbitration on the claims at issue in this suit within **thirty days** of this order," and stated that "CPDC's failure to do so will result in dismissal for failure to prosecute under Rule 41(b)."  *See* ECF No. 105 at 7 (emphasis in original).  CPDC has failed to commence an arbitration in the nearly two months since the Order was entered, and accordingly, Defendants respectfully request that the Court

dismiss the action pursuant to Rule 41(b).  *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

Dated: March 23, 2021

                BRACEWELL LLP

By:   /s/ *Rachel B. Goldman*
Rachel B. Goldman (PHV09239)
Mark R. Wulfe (PHV09407)
1251 Avenue of the Americas
New York, New York 10020
(212) 508-6100
rachel.goldman@bracewell.com
mark.wulfe@bracewell.com

(Admitted as visiting attorneys)

-and-

PULLMAN & COMLEY LLC
David P. Atkins (CT04189)
850 Main Street
Bridgeport, Connecticut 06601
(203) 330-2103
datkins@pullcom.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated at New York, New York this 23rd day of March, 2021.

                                                  */s/ Rachel B. Goldman*
                                                  Rachel B. Goldman