UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHINA PETROCHEMICAL DEVELOPMENT
CORPORATION,
    *Plaintiff,*

Case No.: 3:17-cv-02005-SRU

v.

PRAXAIR, INC., ANNE ROBY, JOHN PANIKAR,
VERNON THAD EVANS, JOYCE CHEN, YU
LING SHIEH, MEI LU, WILLIAM PEARCE,
STEVE RIDDICK, JAMES WILLIAM
SHAUGHNESSY, TOM SCHULTE,
STEVE ANGEL, MARK JOSEPH MURPHY and
PRAXAIR CHEMAX SEMICONDUCTORS
MATERIALS COMPANY LIMITED,
    *Defendants.*

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge as a result of the defendant's Motion to Dismiss (Doc. 107).

The Court has considered all papers filed in conjunction with said motion and on April 20, 2021 entered an order (Doc. 109) granting Defendants' motion.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendants Praxair, inc., Anne Roby, John Panikar, Vernon Thad Evans, Joyce Chen, Yu Ling Shieh, Mei Lu, William Pearce, Steve Riddick, James William Shaughnessy, Tom Schulte, Steve Angel, Mark Joseph Murphy and Praxair Chemax Semiconductors Materials Company Limited and against plaintiff China Petrochemical Development Corporation, all in accordance with the Court's order and the case is closed.

Dated at New Haven, Connecticut this 22nc day of April 2021.

ROBIN D. TABORA, Clerk

EOD: 04/22/21

By /s/ Donna Barry
    Deputy Clerk